**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00204-CV**
_____

**LOUIE VALDEZ, Appellant**

**V.**

**VIRGO FINANCE COMPANY, LLC, Appellee**

_____

**On Appeal from the County Court at Law No. 6**
**Montgomery County, Texas**
**Trial Cause No. 24-33762**
_____

**MEMORANDUM OPINION**

Appellant Louie Valdez filed a notice of appeal on May 28, 2024, from a final judgment for possession of real property signed on May 15, 2024. Despite written notice from this Court and an opportunity to cure, Appellant has neither established indigence nor paid the filing fee for the appeal. *See* Tex. R. App. P. 5, 20.1. We notified the parties that the appeal would be dismissed unless the filing fee was paid. Appellant did not respond to the Court's notice.

1

Appellant did not file a statement of inability to pay costs in this matter and has not shown that he is entitled to proceed without payment of costs. *See id.* 20.1. Furthermore, Appellant failed to comply with a notice from the Clerk of the Court requiring a response within a specified time. *See id.* 42.3(c). We dismiss the appeal for want of prosecution. *See id*. 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on October 9, 2024
Opinion Delivered October 10, 2024

Before Johnson, Wright and Chambers, JJ.

2